# United States Court of Appeals for the Federal Circuit

---

**KROY IP HOLDINGS, LLC,**
*Plaintiff-Appellant*

**v.**

**GROUPON, INC.,**
*Defendant-Appellee*

---

2023-1359

---

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-01405-MN, Judge Maryellen Noreika.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

February 10, 2025
Date

Jarrett B. Perlow
Clerk of Court