No. 2023-1359

# United States Court of Appeals
# for the Federal Circuit

———————————

KROY IP HOLDINGS, LLC,
*Plaintiff-Appellant,*

v.

GROUPON, INC.,
*Defendant-Appellee.*

———————————

On Appeal from Civ. Action No. 1:17-cv-01405-MN (D. Del.)

---

**PLAINTIFF-APPELLANT KROY IP HOLDINGS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE TO DEFENDANT-APELLEE'S PETITION FOR REHEARING AND/OR REHEARING ENBANC**

---

      Timothy Devlin
      tdevlin@devlinlawfirm.com
      Paul Richter, Jr.
      prichter@devlinlawfirm.com
      Devlin Law Firm, LLC
      1526 Gilpin Avenue
      Wilmington, DE 19806
      (302) 449-9010

      *Counsel for Plaintiff-Appellant*
      *Kroy IP Holdings, LLC*

April 30, 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1359

**Short Case Caption** Kroy IP Holdings, LLC v. Groupon, Inc.

**Filing Party/Entity** Appellant: Kroy IP Holdings, LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/30/2025         Signature: /s/ Paul Richter

                         Name: Paul Richter

i

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　Form 9 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Kroy IP Holdings, LLC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐　Additional pages attached

FORM 9. Certificate of Interest                                      Form 9 (p. 3)
                                                                     March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable    ☑ Additional pages attached

| David Ellis Moore<br>Potter Anderson & Corroon, LLP | Andrew L. Brown<br>Potter Anderson & Corroon LLP | Bindu A. Palapura<br>Potter Anderson & Corroon, LLP |
| --- | --- | --- |
| Stephanie E. O'Byrne<br>Potter Anderson & Corroon LLP | Brandon Harper<br>Potter Anderson & Corroon LLP | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)    ☐ No    ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable    ☐ Additional pages attached

| | | |
| --- | --- | --- |
| | | |
| | | |

**4. Legal Representations** (*continued*):

Kasowitz Benson Torres LLP
Jonathan K. Waldrop

Kasowitz Benson Torres LLP
Darcy L. Jones

Kasowitz Benson Torres LLP
Marcus A. Barber

Kasowitz Benson Torres LLP
John W. Downing

Kasowitz Benson Torres LLP
Heather S. Kim

Kasowitz Benson Torres LLP
Jack Shaw

Kasowitz Benson Torres LLP
Hershy Stern

Kasowitz Benson Torres LLP
Rodney R. Miller

David L. Hecht
Hecht Partners LLP

Conor B. McDonough, Ph.D
Hecht Partners LLP

James Zak
Hecht Partners LLP

Pursuant to Federal Rule of Appellate Procedure 26(b), Plaintiff-Appellant Kroy IP Holdings, LLC ("Kroy") respectfully moves for a fourteen (14) day extension of time to file its response to the petition of Defendant-Groupon, Inc. ("Groupon") seeking rehearing and/or rehearing *en banc* of the Court's prior decision in this matter. That response is currently due on May 7, 2025. If this motion were granted, that response would be due on May 21, 2025. Kroy has previously received extensions totaling ninety-eight (98) days for its briefing in this appeal, but it has not previously requested or received any extensions for its response to Groupon's petition.

Good cause supports Kroy's request. Counsel for Kroy in this appeal has numerous conflicting personal and professional obligations during the time for response and the proposed extension period, including, for instance, briefing in Federal Circuit Appeal Nos. 2023-2290, 2023-2294, 2023-2305, 2023-2335, and 2023-2388. In addition, Kroy needs time to consider a newly filed amicus brief filed yesterday, April 29, 2025. Accordingly, the requested extension will allow Kroy to fully prepare a fulsome response to Groupon's petition in this appeal as requested by the Court.

Counsel for Groupon has indicated that Groupon does not oppose the requested relief, so no response will be filed.

For the foregoing reasons, Kroy respectfully requests that the Court extend the deadline for filing Kroy's response to Groupon's petition by fourteen (14) days to May 21, 2025.

| | |
|---|---|
| April 30, 2025 | Respectfully submitted, |
| | */s/ Paul Richter* |
| | Timothy Devlin |
| | tdevlin@devlinlawfirm.com |
| | Paul Richter, Jr. |
| | prichter@devlinlawfirm.com |
| | Devlin Law Firm, LLC |
| | 1526 Gilpin Avenue |
| | Wilmington, DE 19806 |
| | (302) 449-9010 |
| | |
| | *Counsel for Plaintiff-Appellant* |
| | *Kroy IP Holdings, LLC* |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared in a proportionally spaced typeface in 14-point font and includes 234 words, excluding the parts exempted under those Rules.

                              */s/ Paul Richter*
                              Paul Richter
                              prichter@devlinlawfirm.com
                              Devlin Law Firm, LLC
                              1526 Gilpin Avenue
                              Wilmington, DE 19806
                              (302) 449-9010

                              *Attorney for Plaintiff-Appellant*
                              *Kroy IP Holdings, LLC*