NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**KROY IP HOLDINGS, LLC,**
*Plaintiff-Appellant*

v.

**GROUPON, INC.,**
*Defendant-Appellee*

2023-1359

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-01405-MN, Judge Maryellen Noreika.

**ON MOTION**

PER CURIAM.

**O R D E R**

Kroy IP Holdings, LLC moves unopposed for a fourteen-day extension of time until May 21, 2025, by which to file a response to Groupon, Inc.'s combined petition for panel rehearing and rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

2                              KROY IP HOLDINGS, LLC v. GROUPON, INC.

The motion is granted.

FOR THE COURT

May 1, 2025
Date

Jarrett B. Perlow
Clerk of Court